# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TIMOTHY AMMONS IV.,** | : |
| **Plaintiff,** | : |
| v. | : No. 5:24-cv-00106-TES-CHW |
| **BIBB COUNTY SHERIFF'S DEPT.,** | : |
| **Defendant.** | : |

## ORDER

Pro se Plaintiff Timothy Ammons, IV, an inmate at the Bibb County Jail in Macon, Georgia,[1] filed a 42 U.S.C. § 1983 civil rights Complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* without the statutory supporting documentation. ECF No. 3. On April 5, 2024, Plaintiff was ordered to either submit a certified copy of his inmate trust account statement for the preceding six months in support of his motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 4. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of this action. *Id*. Plaintiff failed to respond.

Therefore, on May 6, 2024, the Court notified Plaintiff that it had not received the filing fee or a certified account statement as ordered. ECF No. 6. The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with

---

[1] However, Plaintiff may no longer be incarcerated. Mail sent to the Bibb County Jail for the Plaintiff has twice been returned with a notation that Plaintiff is not in jail. *See* ECF Nos. 5 and 7.

the Court's previous order. *Id*. The Court unambiguously informed Plaintiff that this action would be dismissed if he failed to comply with this Court's orders. *Id*. Plaintiff was given fourteen (14) days to respond. *Id*. Plaintiff once again did not respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, this Complaint is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 30th day of May, 2024.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**