IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY AMMONS, IV, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00106-TES-CHW |
| | * |
| BIBB COUNTY SHERIFF'S DEPARTMENT, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 30th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk